[No. 40156-4-I.    Division One.    April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE
CHRISTOPHER BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-05604-5, LeRoy McCullough, J., entered
February 10, 1997. *Affirmed* by unpublished per curiam
opinion.

[Nos. 40188-2-I; 40189-1-I.    Division One.    April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TINA MARIE
RAINE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. EUNISE L.
McDANIEL, *Appellant*.

Appeals from judgments of the Superior Court for King
County, Nos. 96-8-06518-0, 96-8-06520-1, Laura C. Inveen
and Charles V. Johnson, JJ., entered January 21 and Feb-
ruary 13, 1997. *Reversed* by unpublished per curiam
opinion.

[No. 40328-1-I.    Division One.    April 20, 1998.]

WAYNE-DALTON CORP., *Respondent*, v. WESTERN OVERHEAD
DOOR, INC., *Defendant*, TODD L. NOBLE, ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-09454-6, Terrence Carroll, J. Pro Tem.,
entered April 24, 1997. *Reversed* by unpublished per curiam
opinion.

[No. 40473-3-I.    Division One.    April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RITHY YIN,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-00151-1, Deborah D. Fleck, J., entered
April 7, 1997. *Affirmed* by unpublished per curiam opinion.